FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA   2013 MAY 29  AM 11:1
SAVANNAH DIVISION

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| EDWARD CHISHOLM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV413-026 |
| | ) | |
| AL ST. LAWRENCE, Sheriff; | ) | |
| MEG DALY HEAP, District | ) | |
| Attorney; IAN HEAP, Assistant | ) | |
| District Attorney; and NOAH | ) | |
| ABRAMS, Assistant District | ) | |
| Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *29th* day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA